# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SHANNON WAYNE BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:12-cv-00789-KOB-JEO |
| ) | |
| CHERYL PRICE, Warden, and ) | |
| the ATTORNEY GENERAL FOR THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This habeas corpus case, brought pursuant to 28 U.S.C. § 2254, was filed by Shannon Wayne Brown, an Alabama state prisoner acting *pro se*. (Doc. 1). On January 5, 2015, the magistrate judge entered a Report and Recommendation, *see* 28 U.S.C. § 636(b)(1), that habeas relief be denied. (Doc. 11). Petitioner has now filed an objection to the Report. (Doc. 12)

In his objection, Petitioner concedes that his only potentially viable claim for review is that his trial counsel was ineffective for failing to object to jury instructions. (Doc. 12 at 1). In support, however, Petitioner offers only a conclusory assertion that the magistrate judge's recommendation conflicts generally with the standards for establishing ineffective assistance of counsel under *Strickland v. Washington*, 466 U.S. 668 (1984).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation and Petitioner's objections, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his

recommendation is **ACCEPTED**. Petitioner's objections are **OVERRULED**. As a result, the petition for writ of habeas corpus is due to be denied and this action is due to **DISMISSED WITH PREJUDICE**. Furthermore, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), RULES GOVERNING § 2254 PROCEEDINGS. A separate Final Order will be entered.

    **DONE**, this the 30th day of January, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE